# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2024-0118**
Miguel Colunga v. State of Alabama (Appeal from Mobile Circuit Court: CC-19-869)

## **<u>NOTICE</u>**

You are hereby notified that on April 4, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk